**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-4805**

───────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JEANE SANDRINE FOKOU, a/k/a Sandrine Fokou,
a/k/a Jeane Sandrine Simo,

                              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CR-99-234)

───────────────

Submitted:  June 30, 2000          Decided:  September 8, 2000

───────────────

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Dale Warren Dover, Alexandria, Virginia, for Appellant.  Helen F. Fahey, United States Attorney, Orin Kerr, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jean Sandrine Fokou appeals from her criminal conviction for violation of 18 U.S.C.A. § 1543 (West 1994 & Supp. 2000), for possession of a fraudulent Belgian passport.  On appeal, she contends that the district court erred in:  (1) denying her motion to dismiss the criminal indictment on the ground that § 1543 does not apply to the possession of foreign passports; and (2) granting the Government's motion in limine to bar presentation of her duress defense.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See United States v. Simo, 68 F. Supp. 2d 706 (E.D. Va. 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2